**Order entered December 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01674-CV

### IN THE INTEREST OF A.W. AND D.W., CHILDREN

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 86044-422**

## ORDER

We **GRANT** the December 20, 2013 motion of Donna Gehl, Official Court Reporter for

the 422nd Judicial District Court of Kaufman County, Texas, for an extension of time to file the

reporter's record. The reporter's record shall be filed on or before **JANUARY 7, 2013**.


/s/      ADA BROWN
         JUSTICE